# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 12-4390

---

Filed: January 22, 2014

THOMAS E. PEREZ

     Plaintiffs - Appellants

v.                                                 1:12cv897 - JG

POSTAL POLICE OFFICERS ASSOCIATION

     Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 11/27/2013 the mandate for this case hereby issues today.    Reversed and Remanded

COSTS: None