# UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS E. PEREZ, Secretary of** | ) | **CASE NO. 1:12-CV-000897** |
| **Labor, United States Department of Labor,** | ) | |
| | ) | **JUDGE JAMES S. GWIN** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF FILING THE** |
| **POSTAL POLICE OFFICERS ASSOC.,** | ) | **CERTIFICATION OF** |
| | ) | **ELECTION AND PROPOSED** |
| Defendant. | ) | **ORDER** |

    Now comes Thomas E. Perez, Secretary of Labor, United States Department of Labor, pursuant to the terms of the Stipulation of Compromise and Order (ECF No. 33 Stipulation and Order Page ID# 216-218 at ¶ 7), and hereby gives Notice of Filing the Certification of Election and a Proposed Order of Judgment, attached hereto as Exhibits A and B, respectively.

        Respectfully submitted,

        STEVEN M. DETTELBACH
        UNITED STATES ATTORNEY
        Northern District of Ohio

BY:  s/*Renée A. Bacchus*
        Renée A. Bacchus (0063676)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3707 – Bacchus
        (216) 522-4982 - FAX
        Renee.Bacchus@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2014, the foregoing Notice of Filing Certification of Election and Proposed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/*Renée A. Bacchus*
        Renée A. Bacchus
        Assistant U.S. Attorney