# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | ) CASE NO. 1:12-CV-00897 ) ) Judge James S. Gwin |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| POSTAL POLICE OFFICERS ASSOCIATION, | ) ) ) |
| Defendant. | ) |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement and Order filed February 21, 2014, in the United States District Court for the Northern District of Ohio, Eastern Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:



GOVERNMENT EXHIBIT A

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| Office | Name |
|---|---|
| President | Jim Bjork |
| 1st Vice President | Frank Albergo |
| 2nd Vice President | Nevell Harper |
| Secretary-Treasurer | Eric Freeman |
| Grievance Secretary | Humphrey Rutherford |
| Sergeant-at-Arms | Christopher C. Jacocks |

Signed this 26th day of September, 2014.

*Patricia Fox*
Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor